UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-07292-PSG (SK) | Date | October 11, 2018 |
|---|---|---|---|
| Title | Jose Pelayo, et al. v. City of Pomona, et al. | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Connie Chung | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:**  (IN CHAMBERS) **ORDER SETTING CONTEMPT HEARING**

On September 19, 2018, the Court issued an OSC requiring non-party Countrywide Payroll & HR Solutions ("Countrywide") to produce documents responsive to Plaintiffs' subpoena or file a limited appearance to explain why it should not be held in contempt for failure to comply with the subpoena. (ECF 92). Plaintiffs served that OSC on September 21, 2018, giving Countrywide until October 6, 2018 to respond. While Countrywide and Plaintiffs have communicated, as of the date of this Order, Countrywide neither produced documents nor filed an appearance to explain why it could not.

It is hereby ordered that Plaintiffs and Countrywide appear in courtroom 540 at 255 East Temple Street, Los Angeles CA 90042 on October 17, 2018 at 10:00 a.m. Countrywide must be prepared to explain why it should not be held in contempt of court, pursuant to Federal Rule of Civil Procedure 45(g). Plaintiffs' counsel is ordered to serve, by hand delivery or other independently-verifiable means of delivery, a copy of this Order on an agent authorized to accept service on Countrywide's behalf and then file a copy of the proof of service, including tracking information showing receipt by the Countrywide agent, with the Court. Plaintiffs' counsel must also email a copy of this Order to the Countrywide representatives with whom she has been in contact.